UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 19-035 |
| v. | * | SECTION: "H" |
| HAFIZ ALKHAWAJAH (1) | * | |

\* \* \*

## UNITED STATES' BILL OF PARTICULARS
## FOR FORFEITURE OF PROPERTY

**NOW INTO COURT,** comes the United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-captioned criminal case:

Glock GMBH, Model: 21, .45 caliber pistol, bearing Serial Number: WXG170;

13 round magazine, with 11 .45 auto live cartridge.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY


/s/ Andre J. Lagarde
ANDRE J. LAGARDE          (28649)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA   70130

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing pleading has been served in accordance with the Court's ECF Rule on this 10th day of April, 2019.

                                               /s/ *Andre J. Lagarde*
                                               ANDRE J. LAGARDE
                                               Assistant United States Attorney